UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TSM,
Plaintiff,

v.

FAMILY SERVICE OF RHODE ISLAND,
Defendant.

No. 1:25-cv-49-JJM-PAS

## ORDER

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation (ECF No. 85), Plaintiff's Objection and Reply (ECF Nos. 86, 88), Defendant's response (ECF No. 87), and the underlying briefing. The Court ACCEPTS and ADOPTS the Report and Recommendation for the reasons stated therein.

The Court need not reach the question of Plaintiff's intent. The record independently supports dismissal under Federal Rule of Civil Procedure 37(b)(2) as a sanction for Plaintiff's repeated failure to provide discovery and comply with Court orders.

The Court does not impose this sanction lightly. But the record reflects an extensive and persistent failure by Plaintiff to meet her discovery obligations. Despite three sets of interrogatories and the production of extensive medical records, Plaintiff has failed to identify the basic facts underlying her claims. In particular, Defendant still does not know the details of Plaintiff's alleged requests for

accommodation, including when she made those requests, to whom she made them, or what accommodations she sought. Plaintiff has not provided this information in her interrogatory responses. Nor has she produced the email communications she claims exist and are in her possession.

These omissions substantially prejudice Defendant's ability to investigate and defend against Plaintiff's claims. Without knowing when Plaintiff requested accommodations, whom she approached, or what she requested, Defendant is at a significant disadvantage in preparing for depositions and evaluating the relevant evidence. Plaintiff's repeated assertions that she possesses more documents, coupled with her failure to produce them, further undermine any confidence that discovery can proceed in an orderly and fair manner.

Dismissal with prejudice is a severe sanction. But Plaintiff has been given multiple opportunities by both the Magistrate Judge and Defendant to produce the requested discovery and comply with Court orders, including orders resolving motions to compel. She was also warned of the consequences of continued noncompliance. Despite those opportunities and warnings, Plaintiff has failed to comply. Under these circumstances, a lesser sanction would not adequately address the prejudice to Defendant or the Court's need to enforce its orders.

Accordingly, the Court GRANTS Defendant's Motion for Sanctions pursuant to Federal Rule of Civil Procedure 37(b)(2) and DISMISSES this action WITH PREJUDICE.

IT IS SO ORDERED.

***s/John J. McConnell, Jr.***

_________________________________

JOHN J. MCCONNELL, JR.
Chief Judge
United States District Court

November 6, 2026